**Motion Granted and Abatement Order filed February 22, 2018.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00705-CV
_____

**TRIANGLE CAPITAL PROPERTIES, LLC, ROYAL TEXAS, LLC, MOHAMMED HADI RAHMAN, YESENIA ZUMAYA, CAJUN GLOBAL, LLC, AND CAJUN OPERATING COMPANY, Appellants**

**V.**

**HUGOLINA GUERRERO DE GARZON, RAYMUNDO GARZON, INDIVIDUALLY AND AS NEXT FRIEND OF K.G., Y.G. AND B.G. (MINORS), JOSELIN DAMIAN GONZALEZ, SALVADOR DAMIAN CORTEZ, AND LORENA DAMIAN CORTEZ, Appellees**

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-16506**

## ABATEMENT ORDER

On February 20, 2018, the parties notified this court that the parties had reached an agreement to settle the issues on appeal, and requested that the appeal

be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until March 8, 2018. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM